Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Sharmella King Marks

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:26-cv-00756

v.

Cicirello et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is granted.

Date: May 19, 2026                              ANDREW W. MOELLER
                                                CLERK OF COURT

                                                By: s/Tatiana
                                                    Deputy Clerk